# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth James Maxwell, Jr., <br><br> PLAINTIFF(S) <br><br> v. <br><br> Debra Tomson, <br><br> DEFENDANT(S) | CASE NUMBER <br><br> CV 17-6532 JFW (MRW) <br><br> ORDER RE REQUEST TO PROCEED <br> *IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____  _____
Date                        United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ Legally and/or factually patently frivolous
- ☒ Other: Unintelligible Claims without any further allegations
- ☐ District Court lacks jurisdiction
- ☐ Immunity as to _____

Comments:

September 6, 2017                    Michael R. Wilner
Date                                 United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

9/13/17                              John F. Walter
Date                                 United States District Judge

CV-73 (08/16)         ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*